# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2007

Clifford W. Taylor,
Chief Justice

132218
& (59)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARY ELLEN McDONALD,
      Plaintiff-Appellee,

v

FARM BUREAU INSURANCE CO,
      Defendant-Appellant.

SC: 132218
COA: 259168
Genesee CC: 03-076398-NF

_____/

On order of the Court, the application for leave to appeal the August 24, 2006 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether a contractual limitations period may be avoided on the basis of the doctrines of waiver or estoppel, and (2) whether the one-year limitations period contained in the insurance policy is tolled from the time a claim is made until the insurance company denies the claim. The motion to consolidate is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2007

_____
Clerk